JOSEPHINE A. BEACH, Respondent, *v.* ELIZABETH G. LARGE, Appellant, and PHŒBE E. SMITH, Respondent.

*Beach* v. *Large*, 134 App. Div. 988, affirmed.
(Argued June 12, 1911; decided October 3, 1911.)

APPEAL from a judgment, entered May 11, 1911, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which affirmed an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action of partition.

*Edgar T. Brackett* and *A. J. Dillingham* for appellant.

*William W. Morrill* and *William H. Hollister, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.